# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                   CASE NO.   3:13cr17MCR

LONGIE T. HARRIS, JR.

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   July 31, 2013

Motion/Pleadings:   MOTION FOR ORDER OF DISMISSAL

Filed by  Government            on   7/31/13          Doc.# 56

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed   _____ Consented

                              JESSICA J. LYUBLANOVITS
                              CLERK OF COURT

                              s/ *Mary Maloy*

_____                             
LC (1 OR 2)                Deputy Clerk: Mary Maloy

# *ORDER*

        *Upon consideration of the foregoing, it is ORDERED this 1st day of August, 2013, that:*

        *The relief requested is GRANTED.*

       s/ *M. Casey Rodgers*
_____
           *M. CASEY RODGERS*
       *Chief United States District Judge*